IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-711-AP

BONNIE A. ZASOPIAR,
    Plaintiff,

v.

CAROLYN COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

        For Plaintiff:
        Michael W. Seckar
        402 W. 12th Street
        Pueblo, CO 81003
        719-543-8636
        719-543-8403 (facsimile)
        seckarlaw@mindspring.com

        For Defendant:
        John F. Walsh
        United States Attorney

        J. Benedict García
        Assistant United States Attorney
        United States Attorney's Office
        J.B.Garcia@usdoj.gov

        Alexess D. Rea
        Special Assistant United States Attorney
        Denver, Colorado 80202
        303-844-7101
        303-844-0770 (facsimile)
        alexess.rea@ssa.gov

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3.     DATES OF FILING OF RELEVANT PLEADINGS

    A.     **Date Complaint Was Filed:** March 18, 2013

    B.     **Date Complaint Was Served on U.S. Attorney's Office:** May 10, 2013

    C.     **Date Answer and Administrative Record Were Filed:** July 1, 2013

4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD

To the best of his knowledge, Plaintiff states that the record is complete and accurate.

To the best of his knowledge, Defendant states that the record is complete and accurate.

5.     STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties state that this case does not raise unusual claims or defenses.

7.     OTHER MATTERS

This case is *not* an appeal from a decision issued on remand. The parties have no other matters to bring to the attention of the Court.

8.     BRIEFING SCHEDULE

    A.     **Plaintiff's Opening Brief Due:** September 3 2013

    B.     **Defendant's Response Brief Due:** October 2, 2013

    C.     **Plaintiff's Reply Brief (If Any) Due:** October 17, 2013

9. **STATEMENTS REGARDING ORAL ARGUMENT**

   A. **Plaintiff's Statement:** Plaintiff does not request oral argument.

   B. **Defendant's Statement:** Defendant does not request oral argument.

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    *Indicate below the parties' consent choice.*

    A. ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B. ( X ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 29th day of ~~July~~ August, 2013.

BY THE COURT:

s/ John L. Kane
U.S. DISTRICT COURT JUDGE

APPROVED:

s/ Michael Seckar
402 W. 12th Street
Pueblo, CO 81003
719-543-8636
719-543-8403 (facsimile)

seckarlaw@mindspring.com
Attorney for Plaintiff

John F. Walsh
United States Attorney

**By:** s/ Alexess D. Rea
Alexess D. Rea
Special Assistant U.S. Attorney
1961 Stout St., Suite 04-169
Denver, CO 80294
303-844-7101
303-844-0770 (facsimile)
Alexess.rea@ssa.gov
Attorneys for Defendant