IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-711-AP

BONNIE A. ZASOPIAR,
    Plaintiff,

v.

CAROLYN COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<div style="margin-left:50%">

For Plaintiff:
Michael W. Seckar
402 W. 12th Street
Pueblo, CO 81003
719-543-8636
719-543-8403 (facsimile)
seckarlaw@mindspring.com

For Defendant:
John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
J.B.Garcia@usdoj.gov

Alexess D. Rea
Special Assistant United States Attorney
Denver, Colorado 80202
303-844-7101
303-844-0770 (facsimile)
alexess.rea@ssa.gov

</div>

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3.     **DATES OF FILING OF RELEVANT PLEADINGS**

       A.     **Date Complaint Was Filed:** March 18, 2013

       B.     **Date Complaint Was Served on U.S. Attorney's Office:** May 10, 2013

       C.     **Date Answer and Administrative Record Were Filed:** July 1, 2013

4.     **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.

To the best of his knowledge, Defendant states that the record is complete and accurate.

5.     **STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

6.     **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

7.     **OTHER MATTERS**

This case is *not* an appeal from a decision issued on remand. The parties have no other matters to bring to the attention of the Court.

8.     **BRIEFING SCHEDULE**

       A.     **Plaintiff's Opening Brief Due:** September 3 2013

       B.     **Defendant's Response Brief Due:** October 2, 2013

       C.     **Plaintiff's Reply Brief (If Any) Due:** October 17, 2013

9. **STATEMENTS REGARDING ORAL ARGUMENT**

   A. **Plaintiff's Statement:** Plaintiff does not request oral argument.

   B. **Defendant's Statement:** Defendant does not request oral argument.

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    *Indicate below the parties' consent choice.*

    A.   ( )   All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B.   ( X )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 29th day of ~~July~~ August, 2013.

BY THE COURT:

s/ **John L. Kane**
U.S. DISTRICT COURT JUDGE

APPROVED:

s/ Michael Seckar
402 W. 12th Street
Pueblo, CO 81003
719-543-8636
719-543-8403 (facsimile)

seckarlaw@mindspring.com
Attorney for Plaintiff

John F. Walsh
United States Attorney

**By:** s/ Alexess D. Rea
Alexess D. Rea
Special Assistant U.S. Attorney
1961 Stout St., Suite 04-169
Denver, CO 80294
303-844-7101
303-844-0770 (facsimile)
Alexess.rea@ssa.gov
Attorneys for Defendant