IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **13-cv-711-AP**

**BONNIE A. ZASOPIAR,**

        Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

The Stipulated (Motion for Attorney) Fees Under the Equal Access to Justice Act, (doc. #26), filed January 21, 2014, is **APPROVED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff , through counsel, reasonable attorney fees and expenses in the amount of **$3,473.56**.

Dated at Denver, Colorado, this 22nd day of January, 2014.

        BY THE COURT:

        *S/John L. Kane*
        JOHN L. KANE, SENIOR JUDGE
        UNITED STATES DISTRICT COURT